# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>vs.<br>2000 KENWORTH TRACTOR TRUCK, *et al.*,<br>           Defendants. | 2:09-CV-02363-PMP-RJJ<br><br>**ORDER** |

On February 14, 2010, the Court entered an order granting Plaintiff United States' Unopposed Motion to Continue Date to File its Complaint for Forfeiture in Rem (Doc. #4). Plaintiff United States has failed to do so.

**IT IS THEREFORE ORDERED that** this action is hereby DISMISSED with prejudice.

DATED: March 16, 2011.

_____
PHILIP M. PRO
United States District Judge